UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Daaha H. Abdulle,

      Petitioner,

Court File No.: 13-CV-1415 (PJS/SER)

v.

**ORDER ADOPTING
REPORT AND RECOMMENDATION**

U.S. Department of Homeland
Security,

      Respondent.

    Daaha H. Abdulle, *Pro Se*, Carver County Jail, 606 East Fourth Street, Chaska, Minnesota, 55318.

    Gregory G. Brooker and David W. Fuller, Esqs., United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415, for Defendant.

    Based upon the Report and Recommendation by United States Magistrate Judge Steven E. Rau dated October 31, 2012 [Doc. No. 17], along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Abdulle's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [Doc. No. 1] is **DENIED as moot**;

2. Abdulle's Motion for Release from Custody [Doc. No. 16] is **DENIED as moot**;

3. Homeland Security's Motion to Dismiss for Lack of Jurisdiction and to Lift the Stay [Doc. No. 11] is **GRANTED**; and

4. This action is **DISMISSED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated: 11/18/13

s/Patrick J. Schiltz
Patrick J. Schiltz
The Honorable Patrick J. Schiltz
United States District Court Judge